IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANTONIO SCOTT,      )<br>    )<br>    Plaintiff,    )<br>    )<br>v.    )<br>    )<br>LEE COUNTY DETENTION  )<br>FACILITY, *et al.*,    )<br>    )<br>    Defendants.   ) | CASE NO.  3:12-cv-226-TMH<br>[wo] |

## OPINION and ORDER

On Marche 19, 2012, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. No. 5).  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, the Plaintiff's complaint against the Defendants is DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i).  A Judgment in favor of the Defendants shall be forthcoming.

DONE this 18th day of April, 2012.

/s/ Truman M. Hobbs
_____
TRUMAN M. HOBBS
UNITED STATES DISTRICT JUDGE