IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| ANTONIO SCOTT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LEE COUNTY DETENTION )<br>FACILITY, *et al.*, )<br>)<br>Defendants. ) | CASE NO.  3:12-cv-226-TMH<br>[wo] |

**OPINION and ORDER**

On Marche 19, 2012, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. No. 5).  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, the Plaintiff's complaint against the Defendant Lee County Detention Facility is DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i), and that this case be referred back to the undersigned for additional proceedings with respect to the remaining claims for relief against Officer Davis.

DONE this 27th day of April, 2012.

/s/ Truman M. Hobbs
_____
TRUMAN M. HOBBS
UNITED STATES DISTRICT JUDGE